UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYNN BROWN, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE<br><br>*Defendant.* | Civil Action No.: 4:22-cv-04897-HSG<br><br><br><br>**ORDER GRANTING MOTION** |

AND NOW, on this 12th day of September, 2022, upon consideration of Curtis Lee Morrisons' Motion to Withdraw Appearance of Counsel, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

*Haywood S. Gilliam, Jr.*