1  Sarah E. Johnston (SBN 259504)
   Sarah.Johnston@btlaw.com
2  Kristen L. Richer (SBN 315883)
   Kristen.Richer@btlaw.com
3  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
4  Los Angeles, California 90067
   Telephone:   (310) 284-3880
5  Facsimile:    (310) 284-3894

6  Attorneys for Defendant Walgreen Co.
   (incorrectly named as Walgreens Boots
7  Alliance)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashlynn Brown, Individually and as Guardian Ad Litem to Z.W., a minor, | Case No.: 4:22-cv-04997-HSG |
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WALGREEN CO. TO FILE A RESPONSIVE PLEADING** |
| v. | |
| Walgreens Boots Alliance, | Complaint filed: August 26, 2022 |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon consideration of the Joint Stipulation to Extend Time for Defendant WALGREEN CO. to File a Responsive Pleading submitted jointly by WALGREEN CO. (incorrectly named as Walgreens Boots Alliance) and Plaintiffs ASHLYNN BROWN, Individually and as Guardian ad Litem to Z.W., a Minor, and upon consideration of all documents, files, and pleadings in this action; it is hereby ORDERED that WALGREEN CO.'s time to file a responsive pleading shall be extended to 30 days after the JPML's ruling on the Motion to Transfer.

Dated: 10/11/2022

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.

**ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WALGREEN CO. TO FILE A RESPONSIVE PLEADING**