Sarah E. Johnston (SBN 259504)
Sarah.Johnston@btlaw.com
Kristen L. Richer (SBN 315883)
Kristen.Richer@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendant Walgreen Co.
(incorrectly named as Walgreens Boots Alliance)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashlynn Brown, Individually and as Guardian Ad Litem to Z.W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>Walgreens Boots Alliance,<br><br>Defendant. | Case No.: 4:22-cv-04897-HSG<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WALGREEN CO. TO FILE A RESPONSIVE PLEADING**<br><br>Complaint filed: August 26, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon consideration of the Joint Stipulation to Extend Time for Defendant WALGREEN CO. to File a Responsive Pleading submitted jointly by WALGREEN CO. (incorrectly named as Walgreens Boots Alliance) and Plaintiffs ASHLYNN BROWN, Individually and as Guardian ad Litem to Z.W., a Minor, and upon consideration of all documents, files, and pleadings in this action; it is hereby ORDERED that WALGREEN CO.'s time to file a responsive pleading shall be extended to 30 days after the JPML's ruling on the Motion to Transfer.

Dated:  10/11/2022

Honorable Haywood S. Gilliam, Jr.

1

**ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WALGREEN CO. TO FILE A RESPONSIVE PLEADING**